## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| _____ ) | Civil Action No. _____ |
| *[Enter the full name of the plaintiff in this action]* ) | *(to be assigned by Clerk)* |
| Stanley Linder ) | |
| ) | **COMPLAINT** |
| v. ) | **State Prisoner** |
| ) | |
| Marverick Wilson ) | |
| Angelena Brown ) | |
| Tonya James ) | |
| mr. Sgt. Thomas ) | |
| ) | |
| _____ ) | |
| *Enter above the full name of defendant(s) in this action* ) | |

### I.    PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?          Yes ✓          No _____

B.   If your answer to A is Yes, describe the lawsuit in the space below.  If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.   Parties to this previous lawsuit:

Plaintiff: _Stanley Linder_

Defendant(s): _Isaac Mc Duffy Stone, II et al_

2. Court: _United States Court of Appeals Fourth Circuit_
*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _NO. 16-16-6029 (2:15-cv-04619-RMG)_

4. Name(s) of Judge(s) to whom case was assigned: _Patricia S. Connor clerk,_

5. Disposition: _Continuence (Pending)_
*(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: _October / 2015_

7. Approximate date of disposition: _Pending_

(2)

Complaint - State Prisoner
Revised October 3, 2007

## II.    PLACE OF PRESENT CONFINEMENT

A.   Name of Prison/Jail/Institution: _Kershaw Correctional Institution_

B.   What are the issues that you are attempting to litigate in the above-captioned case? _"Tampering" with_ _Federal Documents To fabucate false incriminating Charges_

C.   (1)   Is there a prisoner grievance procedure in this institution?    Yes _✓_    No _____

   (2)   Did you file a grievance concerning the claims you are raising in this matter?    Yes _✓_    No _____

      When _10/30/2015_    Grievance Number (if available) _WRCI 0398-15_

D.   Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes _✓_    No _____

E.   When was the final agency/departmental/institutional answer or determination received by you? _12/03/2015_

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.* _Yes,_

F.   If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes _✓_    No _____

G.   If your answer is YES:    _Discuss Issue with:_

   1.   What steps did you take? _Shift Sgt., Shift Lieutenant, Captain, Major,_

   2.   What was the result? _The Shook their head in disbeleif, except, Major; James_ _Major: Jammes had no commment because she know_ _What they had done._

## III.   PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A.   Name of Plaintiff: _Stanley Linder_    Inmate No.: _137337_
   Address: _Kershaw Corr. Inst. P.O.Box 4848 Goldmine Hwy. Kershaw, SC 29067_

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.   Name of Defendant: _Marverick Wilson, et al._    Position: _former Mail Room_
   Place of Employment: _former employee At Wateree River C.I. Rembert, SC 29128_

C.   Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   _DHO Coordinator_
   _Angelena Brown, Works at Wateree River C.I. P.O.BX. 189 Rembert, SC 29128_
   _Tonya Jammes, unfaithful Major; works (5) days A week at Wateree C.I._
   _Sgt. Thomas, Sergeant, works at Wateree River Corr, INST, Rembert, SC 29128_

Complaint - State Prisoner                                    ( 3 )
Revised October 3, 2007

IV.   STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach an extra sheet if necessary.*

Petitioner, Stanley Linder, Is currently fighting his false incarceration Now In The U.S. supreme Court, or supreme Court of The U.S., On October, 13, 2015, Petitioner LINDER, received Legal mail From The Supreme Court of The United State. The Wateree C.I., mailroom attendant acted on her own and violated SCDC Policy # (Policy To be examined and Correct.), And Federal LAW And STATE LAW, By Reopenning The Legal mail and "Tampering" by placing Contraband into the Legal mail that Came from The supreme Court of The U.S. Clerk of Court; and Charging Petitioner, LINDER for "smuggling in Contraband and Conspiracy to smuggling in Contraband." This infraction did took placed at the Wateree Correctional Institution on October, 13, 2015, LINDER, Was found guilty of the Charge at The (DHO) Committi at WRCI on 10, 30, 2015. Ms. Marverick Wilson, Mail room attendant and DHO Coordinator are reliable for my damages. Others associated with fabucating this Charge against Mr. Linder are : Major: Tonya James, and Sgt. Thomas. He is the only Sgt. Thomas on their institution, at Wateree Rive Correctional Institution (W.R.C.I). I did inform The Clerk of Court of the Supreme Court by mailing all the Charges forms to The supreme Court and explaining to them what the staff at WRCI has done. Petitioner, Linder received ninety (90) days Sanctions accross the board, such as : (90), days on Lockup., (90) days Visitation Lost, (90) days Canteen priviledges and (90) days Telephone priviledge., And Mr. Linder never touch the mail that the Defendants is accusing me of doing. Petitioner did filed Grievance against the staff members and long after WARDEN: Mr. Beckward investigated the incident alongwith SCDC officials, They, or The WARDEN Overturned the sanctions that I does have

Complaint - State Prisoner
Revised October 3, 2007

IV.   STATEMENT OF CLAIM - continued.

and granted all priviledges restored.

The Reason for Mrs. Marverick Wilson's resentment toward me is :, I, Petitioner, LINDER was mailing off a complaint or Law suit to the United States District COURT, she, Ms. Wilson made me tear open the big emvelope so she could Read who I am suing!, There we had a dispute, as I explain to her, "She can't do that," Ms. Wilson said " before you send your paper work off I need to see who you are suing!," I warn her that she is in Violation. And everytime I get Legal mail, Ms. Wilson will open it with out me being present, The other three defendants backed her, such as Mr. Sgt. Thomas — Ms. Tonya James — and The DHO committi coordinator, Ms. Angelena Brown. Defendants: [1] Marverick Wilson, [2] Angelena Brown, [3] Tonya James and [4] Sgt. Thomas. They all work at Wateree River Correctional Institution.

Please be advised, Ms. Marverick Wilson had to Resign after I won the case. I can not get her home address or none of the Defendants home address, Wateree staff would not provide me with that information but I know it won't stop The U.S. Marshell from that information.

03/01/2016                                              Stanley Linder

V.   RELIEF

*State briefly and exactly what you want the court to do for you.*

Thank you, your Honor, I pray that this honorable Court would serve these crooked SCDC staff members as a lessen, Just because I am incarcerated, I still have RIGHTS,

And for the server mental Distress, mental and emotionally depress having me to go on lockup, Loosing my visits for thanks Giving, Christmas and New years, Further, taking away my Canteen and telephone priviledges also delaying the Court from getting their fair share for allowing Mr. Linder to proceed in forma pauperis I sue S.L. Defendant $15,000.00 or $15,000.00 from Marverick Wilson and Angelena Brown, and $10,000.00 from Sgt. Thoma and Ms. Tonya Jawnes. Would be a reasonable Law suit, for Tampering with Federal Mail and violating my U.S.C.A. $Eighth, Sixth and Fourthteenth Amendment,

Thank you so much
Your Honor,

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **First** day of **MARCH**, 20 **16**.

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007