IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Stanley Linder, | ) | C/A No.: 1:16-754-RMG-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Maverick Wilson; Angelena Brown; Tonya James; and Mr. Sgt. Thomas, | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendant James filed a motion to dismiss in lieu of an answer on April 27, 2016. [ECF No. 18]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on April 27, 2016, advising him of the importance of the motion to dismiss and of the need for him to file an adequate response by June 3, 2016. [ECF No. 19]. Plaintiff was specifically advised that if he failed to respond adequately, James's motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case against James and to file a response to James's motion to dismiss by June 21, 2016. Plaintiff is further advised that if he fails to respond, the undersigned will recommend

2

James be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

June 7, 2016                                          Shiva V. Hodges
Columbia, South Carolina               United States Magistrate Judge