IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stanley D. Linder, ) | C/A No.: 1:16-754-RMG-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Maverick Wilson; Angelena Brown; ) | |
| and Mr. Sgt. Thomas, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the court on Plaintiff's motion for a free copy of documents filed in this case. [ECF No. 42]. Plaintiff is not entitled to free copies of documents he has filed. The court does not provide free copies to litigants, including indigent litigants proceeding in forma pauperis. Therefore, Plaintiff's motion is denied. The Clerk's Office charges 50 cents per page for copies. If Plaintiff wishes to purchase a copy of his filings, he may contact the Clerk of Court at 803-765-5816 or 901 Richland Street, Columbia, SC 29201 to make payment arrangements.

IT IS SO ORDERED.

*[signature: Shiva V. Hodges]*

January 20, 2017
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge